UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

Debtors: EDISON BROTHERS STORES, INC

Case No. 99-00529

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

It appearing that the funds from the uncashed dividend check in the amount of $ 2,946.96 payable to Park Plaza Mall-1st Union Management a creditor in this case, were deposited in the Unclaimed Funds Account of the Court, and that the proper recipient for said funds has now been located by the petitioner and the owner, Winthrop Realty Trust, c/o Sterling Management Services, Inc., 600 Worcester Road, Suite 401, Framingham, MA 01702.

IT IS HEREBY ORDERED that the Clerk of the Bankruptcy Court shall disburse said funds on deposit with the Treasury of the United States to the claimant herein in the amount specified above.

Entered:

Bankruptcy Judge
Dated: Sept 5, 2006

So Ordered:

Deputy Clerk